UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAIME CASTANEDA and LEONEL CASTANEDA, individually and on behalf of others similarly situated,<br><br>                              Plaintiffs,<br>     -against-<br><br>180 3RD AVENUE LLC. (D/B/A WESTSIDE MARKET, 74-84 WESTSIDE MARKET LLC (d/b/a WESTSIDE MARKET), GEORGE ZOITAS, GUILLERMO DOE, and ALEX DOE,<br><br>                              Defendants. | Case No. 21-cv-00961<br><br>**[PROPOSED]**<br><br>**RULE 68 JUDGMENT** |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants 180 3RD AVENUE LLC. (D/B/A WESTSIDE MARKET), 74-84 WESTSIDE MARKET LLC (d/b/a WESTSIDE MARKET) (collectively, "Defendants") having offered to allow Plaintiffs JAIME CASTANEDA and LEONEL CASTANEDA ("Plaintiffs") to take a judgment against them, in the sum of Thirty-One Thousand Dollars and No Cents ($31,000.00), inclusive of inclusive of all of Plaintiffs' and putative collective or class action members' claims, attorney's fees, costs, and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated October 19, 2021 and filed as Exhibit A to Docket Number 44;

**WHEREAS**, on October 19, 2021, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 44);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs JAIME CASTANEDA and LEONEL CASTANEDA, in the sum of Thirty-One Thousand Dollars and No Cents ($31,000.00), inclusive of all of Plaintiffs' claims, attorney's fees, costs, and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated October 19, 2021 and filed as Exhibit A to Docket Number 44.

It is **ORDERED, ADJUDGED, AND DECREED,** that this case is dismissed as it related to all Defendants and shall be closed.

**SO ORDERED:**

Dated:_____, 2021
     New York, New York                         _____
                                                                   U.S.D.J.