**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: \_\_Nov. 1, 2021\_\_

**Jaime Castaneda & Leonel Castaneda,**
*individually and on behalf of others similarly situated*,

                      **Plaintiffs,**

     **against**

**180 3rd Avenue LLC, et al.,**

                      **Defendants.**

**21-CV-961-ALC-DCF**

**ORDER TO STRIKE**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Clerk of Court is respectfully requested to strike my October 28, 2021 Order at ECF No. 49 from the docket.

**SO ORDERED.**

**Dated**:  November 1, 2021
         New York, New York

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**